UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO CLEVELAND,<br><br>    Plaintiff,<br><br>    v.<br><br>JENSSEN PHARMACEUTICALS, INC.,<br><br>    Defendant. | No.  2:16-cv-2308 AC<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding in this action pro se.  This matter was accordingly referred to the undersigned by E.D. Cal. R. 302(c)(21) (referral of pro se cases).  Plaintiff's complaint does not challenge the conditions of his confinement, however.

## I.  IN FORMA PAUPERIS

Plaintiff requests leave to proceed in forma pauperis ("IFP") under 28 U.S.C. § 1915(a)(1), and has submitted an affidavit making the showing required by that statute. Accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is required to pay the statutory filing fee for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1). By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the

1

1   Clerk of the Court. Thereafter, plaintiff will be obligated for monthly payments of twenty percent
2   of the preceding month's income credited to plaintiff's prison trust account. These payments will
3   be forwarded by the appropriate agency to the Clerk of the Court each time the amount in
4   plaintiff's account exceeds $10.00, until the filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

## II.  SCREENING

6   Granting IFP status does not end the court's inquiry. The federal IFP statute requires
7   federal courts to dismiss a case if the action is legally "frivolous or malicious," fails to state a
8   claim upon which relief may be granted, or seeks monetary relief from a defendant who is
9   immune from such relief. 28 U.S.C. § 1915(e)(2).

10  Plaintiffs must assist the court in making this determination by drafting their complaint so
11  that it contains a "short and plain statement" of the basis for federal jurisdiction (that is, the
12  reason the case is filed in this court, rather than in a state court), as well as a short and plain
13  statement showing that plaintiffs are entitled to relief (that is, who harmed the plaintiffs, and in
14  what way). Plaintiffs' claims must be set forth simply, concisely and directly. See "Rule 8" of
15  the Federal Rules of Civil Procedure (Fed. R. Civ. P. 8). The Federal Rules of Civil Procedure
16  are available online at www.uscourts.gov/rules-policies/current-rules-practice-procedure/federal-
17  rules-civil-procedure.

18  Forms are available to help pro se plaintiffs organize their complaint in the proper way.
19  They are available online at www.uscourts.gov/forms/pro-se-forms. A sample complaint form is
20  annexed to this order.

## III.  ANALYSIS

22  A. The Complaint

23  The following allegations are assumed to be true only for purposes of this screening.
24  Defendant is a "provider" of the drug Risperdal. Complaint (ECF No. 1) ¶¶ III(A), IV. After
25  taking Risperdal for years, plaintiff was diagnosed with gynecomastia. Id. ¶ IV. Gynecomastia is
26  a side effect of Risperdal, and plaintiff's disease can be traced directly to his taking Risperdal. Id.
27  ¶ 4. Defendant "never informed its consumer of the side effect of Risperdal which is in direct
28  violation of the FDA rules governing these issues." Id. ¶ IV.

Based upon these facts, the court infers that plaintiff is alleging a state tort claim based upon defendant's alleged duty to warn him of the side-effects he experienced.

### B. Federal Jurisdiction

The complaint contains a short and plain statement of plaintiff's claim for relief. However, the complaint does not contain any statement or facts establishing why this federal district court has jurisdiction over plaintiff's claim.

The "diversity" statute authorizes jurisdiction over state claims if the parties are citizens of different states, and if the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a). The complaint alleges that plaintiff seeks $600,000 in damages, well in excess of the jurisdictional amount. However, it does not allege plaintiff's citizenship, nor defendant's citizenship. Therefore, the court cannot determine whether the parties are citizens of different states. The complaint will therefore be dismissed with leave to amend so that plaintiff can include the jurisdictional facts of citizenship.

The complaint does mention "the FDA rules governing these issues." Complaint ¶ IV. If plaintiff means to allege a claim under a federal law or regulation, his amended complaint should advise the court what specific law or regulation he bases his claim on.

The court notes that plaintiff's complaint is written on a form that is best suited for claims under 42 U.S.C. § 1983, and which does not include a space specifically set aside for a statement of jurisdiction. Accordingly, this order will be issued with a form of complaint annexed, which is better suited to this lawsuit.

### C. The Merits

There exists a cause of action in California for failure to warn. See, e.g., Carlin v. Superior Court, 13 Cal. 4th 1104, 1116 (1996) (however, "in the case of prescription drugs, the duty to warn runs to the physician, not to the patient"). Accordingly, for screening purposes only, the complaint may state a claim, and is not "frivolous."

### D. Amending the Complaint

The amended complaint must include a short and plain statement of the basis for federal jurisdiction (that is, the reason the case is filed in this court, rather than in a state court).

3

The amended complaint must not refer to a prior pleading in order to make plaintiff's amended complaint complete.  An amended complaint must be complete in itself without reference to any prior pleading.  Local Rule 220.  This is because, as a general rule, an amended complaint supersedes the original complaint.  See Pacific Bell Telephone Co. v. Linkline Communications, Inc., 555 U.S. 438, 456 n.4 (2009) ("[n]ormally, an amended complaint supersedes the original complaint") (citing 6 C. Wright & A. Miller, Federal Practice & Procedure § 1476, pp. 556-57 (2d ed. 1990)).  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

## IV.  CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is instructed to randomly assign a district judge to this case.

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2), is GRANTED.

3. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

4. The complaint is DISMISSED with leave to amend, for failure to allege facts establishing federal jurisdiction.  Plaintiff shall have 30 days from the date of this order to file an amended complaint.

5. Failure to comply with this order may result in a recommendation that this action be dismissed for lack of prosecution and failure to comply with a court order.

DATED: October 24, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
for the

District of California

|  |  |
|---|---|
| *Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)*  ☐ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name
   Street Address
   City and County
   State and Zip Code
   Telephone Number
   E-mail Address

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

   Defendant No. 1

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

Defendant No. 2

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

Defendant No. 3

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

Defendant No. 4

        Name

        Job or Title *(if known)*

        Street Address

        City and County

        State and Zip Code

        Telephone Number

        E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

       b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

_____

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff      _____
Printed Name of Plaintiff   _____

B.   **For Attorneys**

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____