1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DOMINGO L. CLEVELAND, SR.,                No.  2:16-cv-2308 MCE AC (PS)

12              Plaintiff,

13        v.                                   ORDER

14   JANSSEN PHARMACEUTICALS,

15              Defendant.

16

17        Plaintiff is an incarcerated litigant proceeding in forma pauperis pursuant to 28 U.S.C. §

18   1915.  Plaintiff has requested a copy of the amended complaint, and sent the court a self-

19   addressed stamped envelope.  ECF No. 27.  The Court cannot routinely accommodate requests

20   from parties for copies of court documents.  In general, the parties are required to maintain their

21   own files.  However, because this is plaintiff's first request, the court will direct the clerk of court

22   to send plaintiff a copy of the Second Amended Complaint as a one-time courtesy.

23        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a

24   copy of the Second Amended Complaint (ECF No. 12) to plaintiff.

25   DATED: October 18, 2017

26

27                                             ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE
28