UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND SR., | No. 2:16-cv-02308 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| JANSSEN PHARMACEUTICALS, | |
| Defendant. | |

The court has received plaintiff's motion to vacate and set aside his deposition (ECF No. 38) and defendant's opposition (ECF No. 39). On January 9, 2018, this matter was referred for the appointment of counsel for settlement purposes. ECF No. 36. In the order making the referral, this court vacated pending discovery motions as premature. Id. The process of appointing counsel is ongoing.

The court now clarifies that the order at ECF No. 36 was intended to stay discovery until counsel could be appointed and attempts at settlement completed. In order to provide better clarity going forward, the court hereby ORDERS that (1) all pretrial deadlines in this case are VACATED; (2) discovery in this action is STAYED until (a) the appointment of counsel process has been completed, and (b) the parties file a joint statement notifying the court that they have

////

////

1

completed settlement attempts, and stating their respective positions on lifting the discovery stay and setting new pretrial deadlines; and (3) plaintiff's motion at ECF No.38 is denied as MOOT.

IT IS SO ORDERED.

DATED: January 30, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE