UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND, SR.,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS,<br><br>Defendant. | No. 2:16-cv-02308-MCE-AC<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. The court finds the appointment of counsel for plaintiff is warranted. Jeff D. Price has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Jeff D. Price is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Jeff D. Price, Law Office of Jeff D. Price, 2500 Broadway, Suite 125, Santa Monica, CA 90404.

DATED: February 23, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1