UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DOMINGO L. CLEVELAND, SR.

       Plaintiff,                        No. 2:16-cv-2308-MCE-AC P

vs.

JANSSEN PARMACEUTICALS,

       Defendant.                 **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

     Domingo L. Cleveland, Sr., inmate # AW-5635, a necessary and material witness in proceedings in this case on May 3, 2018, is confined in R.J. Donovan Correctional Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by telephonic-conferencing at R. J. Donovan Correctional Facility, May 3, 2018, at 10:00 a.m..

     ACCORDINGLY, IT IS ORDERED that:

     1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above;

     2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

     3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at R.J. Donovan Correctional Facility, 619-671-7566.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of R. J. Donovan Correctional Facility 480 Alta Road, San Diego, California 92179:**

     **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing.

     **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 2, 2018.

                                                     EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE