UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND, SR.,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS,<br><br>Defendant. | No. 2:16-cv-2308 MCE AC<br><br><br><br>ORDER |

This matter was referred to the undersigned for pretrial management by E.D. Cal. R. ("Local Rule") 302(c)(21), because plaintiff was proceeding pro se. On February 26, 2018, attorney Jeff Dominic Price was appointed as counsel for plaintiff. ECF No. 45. Because plaintiff is now represented by counsel, the referral to the undersigned is no longer in effect.

Accordingly, IT IS HEREBY ORDERED that:

1. All dates pending before the undersigned are VACATED;

2. Going forward, the parties shall conduct pretrial matters, **other than discovery motions**, before the District Judge assigned to this action. Discovery motions remain referred to the magistrate judge by Local Rule 302(c)(1).

////

////

////

1

3. This matter is REFERRED back to the District Judge assigned to this action.

IT IS SO ORDERED.

DATED: May 4, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE