UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND, SR., <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN PHARMACEUTICALS, <br><br> Defendant. | Case No. 2:16-cv-02308-MCE-AC <br><br><br> **ORDER** |

Jeffrey Dominic Price, counsel for Plaintiff Domingo L. Cleveland, Sr. in these proceedings, now moves to withdraw as said counsel. Plaintiff has filed no opposition to Price's request.

This motion is governed by the requirements of Local Rule 182(d), which provides that an attorney may not withdraw, leaving a client in propria persona, absent noticed motion and an affidavit from counsel showing the efforts made to provide notification of the attorney's intent to withdraw.

Jeffrey Dominic Price has complied with those requirements and his request to withdraw is accordingly proper.

///

///

1

Because counsel's request is both procedurally correct and unopposed, Price's Motion to Withdraw as Counsel of Record (ECF No. 54) is GRANTED.[1]  Jeffrey Dominic Price is consequently relieved as counsel of record for Plaintiff effective upon the filing of a proof of service of this signed Order on Plaintiff.

IT IS SO ORDERED.

Dated: September 27, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, this Court ordered the matter submitted on the briefs in accordance with Local Rule 230(g).