ALAN J. LAZARUS (SBN 129767)
Alan.Lazarus@dbr.com
ZOHA BARKESHLI (SBN 311988)
Zoha.Barkeshli@dbr.com
DRINKER BIDDLE &REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: 415-591-7500
Facsimile: 415-591-7510

Attorneys for Defendant
JANSSEN PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND SR.,<br><br>  Plaintiff,<br><br>  v.<br><br>JANSSEN PHARMACEUTICALS, INC.,<br><br>  Defendant. | Case No. 2:16-cv-02308-MCE-AC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY AND MOTION DEADLINES BY 45 DAYS** |

**THIS MATTER** having been opened to the Court on the motion by Defendant for relief from the governing Scheduling Order and extending the discovery and pretrial motion deadlines by 45 days, and the court having considered the submissions of counsel and good cause appearing:

**IT IS HEREBY ORDERED THAT:**

Defendant's motion be and the same is hereby **GRANTED** and the case management order be and the same is hereby amended as follows:

| | |
|---|---|
| Completion of Discovery: | April 15, 2019 |
| Filing of Pretrial Motions: | July 8, 2019 |

**IT IS SO ORDERED.**

DATED: February 8, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

97055358.1

[PROPOSED] ORDER GRANTING MOTION TO EXTEND DISCOVERY AND MOTION DEADLINES BY 45 DAYS — - 2 - — CASE NO. 2:16-CV-02308-MCE-AC

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO