ALAN J. LAZARUS (SBN 129767)
Alan.Lazarus@dbr.com
ZOHA BARKESHLI (SBN 310988)
Zoha.Barkeshli@dbr.com
DRINKER BIDDLE & REATH LLP
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone: 415-591-7500
Facsimile: 415-591-7510

Attorneys for Defendant
JANSSEN PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND, SR.,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS,<br><br>Defendant. | Case No. 2:16-CV-02308-MCE-AC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JANSSEN PHARMACEUTICALS, INC.'S MOTION FOR RECONSIDERATION**<br><br>Judge: Hon. Allison Claire |

Having considered Defendant Janssen Pharmaceuticals, Inc.'s Motion for Reconsideration of the Court's March 28, 2019 Order Granting in Part Plaintiff's Motion Compel, it is **HEREBY ORDERED** that:

For good cause shown, Janssen Pharmaceuticals, Inc.'s Motion for Reconsideration has been **GRANTED**, and it is further **ORDERED** that the Court's March 28, 2019 ruling on Plaintiff's Motion to Compel is **VACATED,** and Plaintiff's Motion to Compel is hereby **DENIED IN ITS ENTIRETY.**

**IT IS SO ORDERED.**

DATED: April 5, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE