UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND, SR.,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN PHARMACEUTICALS,<br><br>Defendant. | No. 2:16-cv-2308 MCE AC<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this products liability case. The case has accordingly been referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21). Before the court is plaintiff's first request for an extension of time to file a response to defendant's motion for summary judgment filed on July 8, 2019. ECF No. 96. Plaintiff indicates that he requires an extension because of his limited access to the prison's law library and due to the complexity of the case. Id. at 2. Good cause appearing, the request will be granted. Plaintiff shall have sixty (60) days from the date of entry of this order to file his response.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to respond to defendant's summary judgment motion (ECF No. 96) is GRANTED;

2. Plaintiff shall file his response to defendant's motion for summary judgment within sixty (60) days of the date of entry of this order; and

1

3. Failure to file a timely response may result in a recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: July 18, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE