UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGO L. CLEVELAND, SR., | No. 2:16-cv-02308 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| JANSSEN PHARMACEUTICALS, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 22, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 22, 2020, (ECF No. 122) are ADOPTED in full; and

///

2. Plaintiff's motion for reconsideration (ECF No. 121) is DENIED.

IT IS SO ORDERED.

Dated: September 2, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE